11105.   ATLANTIC COAST LINE RAILROAD Co. *v.* GRANTHAM.

BROODWORTH, J.   This is the first grant of a new trial to the defendant in error, and the verdict not being demanded, under the unbroken precedents of the Supreme Court and of this court the judgment granting the new trial can not be disturbed.   See *Central of Georgia Ry. Co.* v. *Macon Ry. & Light Co.,* 20 *Ga. App.* 548 (93 S. E. 17), and citations.

Judgment affirmed.  Broyles, C. J., and Luke, J., concur.
DECIDED MARCH 4, 1920.

Certiorari; from Chatham superior court — Judge Meldrim.   October 20, 1919.

*Osborne, Lawrence & Abrahams, F. R. Youngblood,* for plaintiff in error.

*H. P. Cobb,* contra.